


**SEALED**

**FILED**
FEB 21 2024
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| UNITED STATES OF AMERICA, | Case No. 24 CR 005 GKF |
|---|---|
| Plaintiff, | FILED UNDER SEAL |
| v. | INDICTMENT |
| SEQUOYAH JO HINZO,<br>a/k/a "lpussy22821,"<br>a/k/a "sequoyahhinzo@gmail.com,"<br>a/k/a "lildickeatpussy,"<br>a/k/a "$Joboycash," | [COUNTS ONE and TWO: 18 U.S.C. §§ 1151, 1153, and 2241(c) – Aggravated Sexual Abuse of a Minor Under 12 Years of Age in Indian Country;<br>COUNT THREE: 18 U.S.C. §§ 1151, 1153, and 2241(c) – Aggravated Sexual Abuse of a Minor by Force and Threat in Indian Country;<br>COUNT FOUR: 18 U.S.C. § 2422(b) – Coercion and Enticement of a Minor;<br>COUNT FIVE: 18 U.S.C. §§ 2252(a)(2) and 2252(b)(1) – Receipt and Distribution of Child Pornography;<br>COUNT SIX: 18 U.S.C. §§ 1151, 2252(a)(4)(A), and 2252(b)(2) – Possession of Child Pornography in Indian Country;<br>Forfeiture Allegation: 18 U.S.C. §§ 2253(a) and 2428 – Child Exploitation Forfeiture] |
| Defendant. | |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
[18 U.S.C. §§ 1151, 1153, and 2241(c)]

From on or about July 16, 2020 to on or about July 16, 2022, within Indian Country in the Northern District of Oklahoma, the defendant, **SEQUOYAH JO**

HINZO, a/k/a "1pussy22821," a/k/a "sequoyahhinzo@gmail.com," a/k/a "lildickeatpussy," a/k/a "$Joboycash," an Indian, knowingly engaged and attempted to engage in a sexual act on Minor Victim 1, a child known to the Grand Jury, who had not attained the age of 12 years.

All in violation of Title 18, United States Code, Sections 1151, 1153, and 2241(c).

## COUNT TWO
## [18 U.S.C. §§ 1151, 1153, and 2241(c)]

From in or about March 2022 to on or about September 8, 2022, within Indian Country in the Northern District of Oklahoma, the defendant, **SEQUOYAH JO HINZO**, a/k/a "1pussy22821," a/k/a "sequoyahhinzo@gmail.com," a/k/a "lildickeatpussy," a/k/a "$Joboycash," an Indian, knowingly engaged and attempted to engage in a sexual act on Minor Victim 2, a child known to the Grand Jury, who had not attained the age of 12 years.

All in violation of Title 18, United States Code, Sections 1151, 1153, and 2241(c).

3

## COUNT THREE
## [18 U.S.C. §§ 1151, 1153, and 2241(c)]

In or about the summer of 2022, within Indian Country in the Northern District of Oklahoma, the defendant, **SEQUOYAH JO HINZO**, a/k/a "1pussy22821," a/k/a "sequoyahhinzo@gmail.com," a/k/a "lildickeatpussy," a/k/a "$Joboycash," an Indian, knowingly caused and attempted to cause Minor Victim 3, a child known to the Grand Jury, who had attained the age of 12 years, but had not attained the age of 16 years, and was at least four years younger than the defendant, to engage in a sexual act, by using force, threatening, and placing Minor Victim 3 in fear that she would be subjected to death, serious bodily injury, and kidnapping.

All in violation of Title 18, United States Code, Sections 1151, 1153, and 2241(c).

## COUNT FOUR
## [18 U.S.C. § 2422(b)]

From in or about November 2021 to on or about September 8, 2022, in the Northern District of Oklahoma, the defendant, **SEQUOYAH JO HINZO**, a/k/a "lpussy22821," a/k/a "sequoyahhinzo@gmail.com," a/k/a "lildickeatpussy," a/k/a "$Joboycash," used any facility of interstate and foreign commerce to knowingly persuade, induce, entice, and coerce, and attempt to persuade, induce, entice, and coerce, Minor Victim 3, a minor known to the Grand Jury who had not attained the age of 18 years, to engage in any sexual activity for which any person could be charged with a criminal offense.

All in violation of Title 18, United States Code, Section 2422(b).

## COUNT FIVE
[18 U.S.C. §§ 2252(a)(2) and 2252(b)(1)]

From in or about November 2021 to on or about September 8, 2022, in the Northern District of Oklahoma, the defendant, **SEQUOYAH JO HINZO**, a/k/a "lpussy22821," a/k/a "sequoyahhinzo@gmail.com," a/k/a "lildickeatpussy," a/k/a "$Joboycash," knowingly received any visual depiction, using any means and facility of interstate and foreign commerce, the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and the visual depiction is of such conduct.

All in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

## COUNT SIX
## [18 U.S.C. §§ 1151, 2252(a)(4)(A), and 2252(b)(2)]

From in or about November 2021 to on or about September 8, 2022, within Indian Country in the Northern District of Oklahoma, the defendant, **SEQUOYAH JO HINZO**, a/k/a "1pussy22821," a/k/a "sequoyahhinzo@gmail.com," a/k/a "lildickeatpussy," a/k/a "$Joboycash," knowingly possessed any visual depiction, the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct.

All in violation of Title 18, United States Code, Sections 1151, 2252(a)(4)(A), and 2252(b)(2).

# FORFEITURE ALLEGATION
# [18 U.S.C. §§ 2253(a) and 2428]

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 2253(a) and 2428.

Upon conviction of the offenses alleged in this Indictment, as a part of his sentence, the defendant, **SEQUOYAH JO HINZO**, a/k/a "lpussy22821," a/k/a sequoyahhinzo@gmail.com, a/k/a "lildickeatpussy," a/k/a "$Joboycash," shall forfeit to the United States any property constituting, or derived from, or traceable to, the proceeds obtained, directly or indirectly, as a result of such violations and any property, real or personal, that was used or intended to be used to commit or to facilitate the violations of federal law. The property to be forfeited includes, but is not limited to:

**ELECTRONICS**

1. An Apple iPhone, IMEI 358542077686870;

2. An Android cellphone, ISMI 310150741903518;

3. A Lenovo ThinkPad laptop, serial number PF-2C6J8C; and

4. Any computers, laptops, cellular phones, cameras, and all peripheral equipment.

8

All pursuant to Title 18, United States Code, Sections 2253(a) and 2428.

CLINTON J. JOHNSON  
United States Attorney

A TRUE BILL

_____  
GEORGE JIANG  
Assistant United States Attorney

*/s/ Grand Jury Foreperson*  
Grand Jury Foreperson