AO 442 (Rev. 10/13) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

United States of America
v.

SEQUOYAH JO HINZO,
a/k/a "Lpussy22821,"
a/k/a Sequoyahhinzo@Gmail.Com,"
a/k/a "Lildickeatpussy,"
a/ka/ "$Joboycash,"
*Defendant*

Case No.  24 CR 0 0 5 3 GKF

**FILED**

FEB 27 2024

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

Received
U.S. Marshals Service
2024 FEB 22 AM 9:40
N/OK

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* SEQUOYAH JO HINZO, a/k/a "Lpussy2282," a/k/a "Sequoyahhinzo@Gmail.Com," a/k/a "Lildickeatpussy," a/k/a "$Joboycash,"
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. §§ 1151, 1153, and 2241(c) – Aggravated Sexual Abuse of a Minor Under 12 Years of Age in Indian Country
18 U.S.C. §§ 1151, 1153, and 2241(c) – Aggravated Sexual Abuse of a Minor by Force and Threat in Indian Country
18 U.S.C. § 2422(b) – Coercion and Enticement of a Minor
18 U.S.C. §§ 2252(a)(2) and 2252(b)(1) – Receipt and Distribution of Child Pornography
18 U.S.C. §§ 1151, 2252(a)(4)(A), and 2252(b)(2) – Possession of Child Pornography in Indian Country
18 U.S.C. §§ 2253(a)(2) and 2253(a)(3) – Child Exploitation Forfeiture

Date: FEB 2 1 2024

*Issuing officer's signature*

City and state: Tulsa, Oklahoma

Mark McCartt, Court Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 02/23/2024, and the person was arrested on *(date)* 02/26/2024
At *(city and state)* NEOSHO, MO
Date: 02/26/2024

*Arresting officer's signature*

DAVID PAUL YOUNG, FBI SPECIAL AGENT
*Printed name and title*

GJ/kb